AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2026

SEAN F. MCAVOY, CLERK

DAVID H.,
*Plaintiff*
v.
COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,
*Defendant*

) ) ) ) ) Civil Action No.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✔ other: Plaintiff's Opening Brief/Motion for Summary Judgment (ECF No. 7) is GRANTED.
The Commissioner's Response Brief (ECF No. 9) is DENIED.
The decision of the Commissioner is REVERSED and remanded for an immediate award of benefits.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

✔ decided by Judge Stanley A. Bastian

Date: 9/15/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*